In the Matter of the Application of FRANK E. MERRIWEATHER, Respondent, for a Mandamus Order against CARROLL J. ROBERTS and Others, as Members of the Board of Health of the City of Buffalo; WILLIAM ECKERT, as Comptroller of the City of Buffalo, and Another, Appellants.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified.   [See 242 App. Div. 458.]

CLAYTON BLAISDELL, Respondent, Appellant, v. N. P. SEVERIN, INCORPORATED, Appellant, and FLOWER CITY CARTING AND EXCAVATING COMPANY, INCORPORATED, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of JOHN J. WARREN for an Order of Mandamus against and to WALTER L. ROBERTS and Others, Individually and as the Board of Police and Fire Commissioners of the City of Dunkirk, New York, and Others.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

BERNARD T. McGETTIGAN, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

ELIZABETH McGETTIGAN, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied.

JOHN A. WHALEN, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied.

BRIDGET CANFIELD, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion. for a reargument denied; motion for leave to appeal to the Court of Appeals denied.

LEONARD PRUCHNOWSKI, as Executor, etc., of FRANK SZULHAN, Deceased, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals dismissed upon the ground that leave to appeal is unnecessary.

ARTHUR W. WHEELER, Appellant, v. HELEN NEHR and Others, Respondents.— Motion for a reargument denied, with ten dollars costs.

MAUDE H. WHEELER, Appellant, v. HELEN NEHR and Others, Respondents.— Motion for a reargument denied.

MATIE MURPHY, Appellant, v. HELEN NEHR and Others, Respondents.— Motion for a reargument denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOWELL GRIFFIN, Respondent, v. WILLIAM HUNT, as Warden of Attica State Prison, Appellant.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of NICHOLAS G. POWERS, an Attorney and Counselor at Law.— Period of suspension terminated.